```
McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARK MANN,<br><br>      Plaintiffs,<br><br>   v.<br><br>TED ERNEST CONTRI, CONTRI CONSTRUCTION COMPANY, and MERCER, FRASER COMPANY,<br><br>      Defendants. | 2:06-CV-1219 FCD-DAD |

**ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that Relator's First Amended Complaint, the United States' Notice of Intervention, and this Order, be unsealed;

///

///

1

1    IT IS FURTHER ORDERED that all other previously filed contents
2 of the Court's file in this action remain under seal and not be made
3 public, or served upon the defendants.
4    IT IS FURTHER ORDERED that the seal shall be lifted on all
5 matters occurring in this action after the date of this Order.
6    IT IS SO ORDERED.

8 DATED: November 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE