LAWRENCE G. BROWN
Acting United States Attorney
CATHERINE J. SWANN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARK MANN,<br><br>        Plaintiffs,<br><br>  v.<br><br>TED ERNEST CONTRI, CONTRI CONSTRUCTION COMPANY, and MERCER, FRASER COMPANY,<br><br>        Defendants. | 2:06-CV-1219 FCD-DAD<br><br>ORDER ON STIPULATION OF DISMISSAL |

**<u>ORDER</u>**

    Upon consideration of the Stipulation of Dismissal of Relator's First Amended Complaint, filed by the United States and Relator Mark Mann ("Relator"), it is hereby

    ORDERED that the First Amended Complaint is dismissed. Pursuant to and consistent with the terms of the Settlement Agreement between the United States, Relator, and Defendants, dated November 10, 2008 (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to the Relator; with prejudice to the United States to the extent of the Covered Conduct, as that

1

1 | term is defined in the Settlement Agreement, and otherwise without
2 | prejudice to the United States.
3 |     IT IS SO ORDERED.

DATED: January 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE